1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RONALD VELASQUEZ,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　　　　　　　　Defendant-Respondent. | C 11-5122 EJD (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RULING ON DISPOSITIVE MOTION<br><br>Judge: 　The Honorable Edward J. Davila<br><br>Action Filed: 　October 19, 2011 |

Defendants S. Kissel, T. Wood, G. Lewis, C. M. Patten, S. M. Kernan, G. Giurbino, K. Getz, J. McKinney, J. Stout, T. Rosenkrans, R. Bell, T. Puget, K. L. McGuyer, F. Jacquez, M. A. Cook, and J. Hernandez moved for a stay of discovery pending the Court's decision on Defendants' dispositive motion, which, in relevant part, asserts qualified immunity defense. The Court has considered all supporting and opposing arguments regarding Defendants' motion.

///
///
///

1

1  It is ordered that Defendants' motion to stay discovery, including discovery motions,
2 pending the Court's ruling on Defendants' dispositive motion, is GRANTED.  All outstanding
3 discovery requests served on Defendants prior to the Court's ruling on the dispositive motion are
4 void.  If Plaintiff decides to conduct discovery after the Court has decided Defendants' dispositive
5 motion, he must serve new sets of discovery on Defendants at that time.

7  Dated:  _____12/4/2012_____    _____
 The Honorable Edward J. Davila
8  United States District Judge

9  SF2012204350
 20650496.doc

2

[Proposed] Order Granting Defs.' Mot. Stay Disc. (C 11-5122 EJD (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD VELASQUEZ,

        Plaintiff,

  v.

SCOTT KERNAN et al,

        Defendant.

Case Number: CV11-05122 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Velasquez T-45458
Pelican Bay State Prison
P.O. Box 7500 SHU C6/113
Crescent City, CA 95531-7500

Dated: December 5, 2012

                Richard W. Wieking, Clerk
                /s/ By: Elizabeth Garcia, Deputy Clerk